AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HULL, FRANK M. | U.S.CT OF APPEALS-11TH CIRCUIT | 12/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.CT OF APPEALS JUDGE-ACTIVE | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | �altered salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Undev. Real Estate: Henry Cty, GA | | None | M | W | | | | | |
| 2. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | M | W | | | | | See comment in Part VIII |
| 3. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | M | W | | | | | See comment in Part VIII |
| 4. Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5. MERRILL LYNCH-IRA ACCT (with following) (H): | | | | | | | | | |
| 6. -FIA Card Services (Money Account) | A | Int./Div. | L | T | | | | | |
| 7. -First Eagle Gold Mutual Fund | A | Int./Div. | K | T | Buy | 03/06/13 | K | | |
| 8. -VanGuard Intermediate Term Bond | A | Int./Div. | K | T | Buy | 03/06/13 | K | | |
| 9. -VanGuard Short Term Bond | A | Int./Div. | K | T | Buy | 03/06/13 | K | | |
| 10. -STOCKS (H): | | | | | | | | | |
| 11. -Affiliated Managers Grp (AMG) | | None | J | T | Buy | 07/26/13 | J | | |
| 12. -Allergan Inc (AGN) | | | | | Buy | 07/26/13 | J | | |
| 13. | | None | | | Sold | 11/19/13 | J | A | |
| 14. -Amazon.com (AMZN) | | None | J | T | Buy | 07/26/13 | J | | |
| 15. -Anadarko Pete Corp (APC) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 16. -Apple Inc (AAPL) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 17. -Avago Technologies Ltd (AVGO) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Boeing Co (BA) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 19. -Borg Warner Inc (BWA) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 20. -Cameron Intl Corp (CAM) | | | | | Buy | 07/26/13 | J | | |
| 21. | | | | | Sold | 11/19/13 | J | | |
| 22. | | None | J | T | Buy (add'l) | 11/22/13 | J | | |
| 23. -Caterpillar Inc (CAT) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 24. -Citrix Systems Inc (CTXS) | | None | J | T | Buy | 07/26/13 | J | | |
| 25. -Cognizant Tech (CTSH) | | None | J | T | Buy | 07/26/13 | J | | |
| 26. -Costco Wholesale (COST) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 27. -Covidien (COV) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 28. -Dicks Sporting Goods (DKS) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 29. -Discovery Communication (DISCA) | | None | J | T | Buy | 07/26/13 | J | | |
| 30. -EBay Inc (EBAY) | | None | J | T | Buy | 07/26/13 | J | | |
| 31. -Express Scripts (ESRX) | | None | J | T | Buy | 07/26/13 | J | | |
| 32. -FedEx Corp (FDX) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 33. --Gilead Sciences Inc (GILD) | | None | J | T | Buy | 07/26/13 | J | | |
| 34. -Google Inc (GOOG) | | None | J | T | Buy | 07/26/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Honeywell Intl Inc (HON) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 36. -Jacobs Engn Grp (JEC) | | | | | Buy | 07/26/13 | J | | |
| 37. | | None | | | Sold | 11/19/13 | J | | |
| 38. -Montsanto Co (MON) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 39. -Noble Energy (NBL) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 40. -Pioneer Natural Res (PXD) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 41. -Precision Castparts (PCP) | A | Int./Div. | J | T | Buy | 11/22/13 | J | | |
| 42. -Salesforce.com (CRM) | | None | J | T | Buy | 07/26/13 | J | | |
| 43. -Thermo Fisher Scientific (TMO) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 44. -Whole Foods Mkt Inc (WFM) | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 45. -Zoetis Inc (ZTS) | A | Int./Div. | J | T | Buy | 11/22/13 | J | | |
| 46. MERRILL LYNCH-ACCT #2 (with following) (H): | | | | | | | | | |
| 47. -Discover Bank (CD) | B | Int./Div. | L | T | | | | | |
| 48. -GE Capital Bank (CD) | A | Int./Div. | L | T | Redeemed (part) | 12/17/13 | K | | |
| 49. -Sallie Mae Bank (CD) | B | Int./Div. | L | T | | | | | |
| 50. -US Trsy Inflation Nte | B | Int./Div. | M | T | | | | | |
| 51. -STOCKS (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ABBVIE Inc (ABBV) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 53. -AMN Elec Power Co (AEP) | A | Int./Div. | J | T | Buy | 11/19/13 | J | | |
| 54. -Anadarko Pete Corp (APC) | A | Int./Div. | J | T | | | | | |
| 55. -AT&T Inc (T) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 56. -BCE Inc (BCE) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 57. -Biogen (BIIB) | | None | L | T | | | | | |
| 58. -Bristol-Myers Squibb Co (BMY) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 59. -Caterpillar (CAT) | A | Int./Div. | K | T | | | | | |
| 60. -Coca-Cola Co (KO) | A | Int./Div. | J | T | | | | | |
| 61. -Conagra Foods Inc (CAG) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 62. -Digital Realty (DLR) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 63. -Du Pont E I De Nemours (DD) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 64. -Eaton Corp (ETN) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 65. -General Electric (GE) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 66. -Hess Corp (HES) | A | Int./Div. | K | T | | | | | |
| 67. -Intel Corp (INTC) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 68. -JP Morgan Chase (JPM) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Kimberly Clark (KMB) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 70. -Kraft Foods Group (KRFT) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 71. -McDonalds Corp (MCD) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 72. -Merck and Co (MRK) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 73. -Microsoft Corp (MSFT) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 74. -National Oilwell Varco (NOV) | A | Int./Div. | J | T | | | | | |
| 75. -Nextera Energy (NEE) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 76. -Occidental Pete Corp (OXY) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 77. -Paccar Inc (PCAR) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 78. -PG&E Corp (PCG) | | | | | Buy | 07/31/13 | J | | |
| 79. | | None | | | Sold | 11/22/13 | J | | |
| 80. -PPL Corp (PPL) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 81. -Procter & Gamble Co (PG) | A | Int./Div. | J | T | Buy | 08/01/13 | J | | |
| 82. -Schlumberger Ltd (SLB) | A | Int./Div. | K | T | | | | | |
| 83. -Spectra Energy Corp (SE) | A | Int./Div. | J | T | Buy | 08/01/13 | J | | |
| 84. -Thomson Reuters Corp (TRI) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 85. -Toronto Dominion Bank (TD) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ventas Inc (VTR) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 87. -Verizon Communications (VZ) | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 88. % Stock Owner: ▮▮▮▮ | D | Int./Div. | K | T | | | | | |
| 89. Note from ▮▮▮▮ | | | | | Redeemed (part) | 03/15/13 | J | D | |
| 90. | | | | | Redeemed (part) | 06/15/13 | J | D | |
| 91. | | | | | Redeemed (part) | 09/15/13 | J | D | |
| 92. | C | Interest | L | T | Redeemed (part) | 12/15/13 | J | D | |
| 93. MERRILL LYNCH-IRA ACCT (with following holdings) (H): | | | | | | | | | |
| 94. -GOVT SECURITIES (H): | | | | | | | | | |
| 95. -Federal Home Loan Bank | | None | | | Redeemed | 09/16/13 | K | A | |
| 96. -CDs/EQUIVALENTS (H): | | | | | | | | | |
| 97. -Ally Bank | B | Int./Div. | M | T | | | | | |
| 98. -CD Discover Bank | A | Int./Div. | K | T | | | | | |
| 99. -CORP BONDS (H): | | | | | | | | | |
| 100. -Amgen | A | Int./Div. | J | T | | | | | |
| 101. -Astrazeneca | B | Int./Div. | K | T | | | | | |
| 102. -Bank of New York Co | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Berkshire Hathaway Fin | B | Int./Div. | K | T | | | | | |
| 104.  -Caterpillar Inc | | None | | | Redeemed | 12/16/13 | K | | |
| 105.  -Gen Elec Cap Crp | B | Int./Div. | K | T | Redeemed (part) | 01/15/13 | K | | |
| 106.  -General Electric Co | B | Int./Div. | K | T | Redeemed (part) | 02/01/13 | K | | |
| 107.  -JP Morgan Chase & Co | | None | | | Redeemed | 01/02/13 | K | | |
| 108.  -Morgan Stanley | | None | | | Redeemed | 03/01/13 | K | | |
| 109.  -Oracle Corp | B | Int./Div. | K | T | | | | | |
| 110.  -Pioneer Natural Resource | B | Int./Div. | K | T | | | | | |
| 111.  -USD Toronto Dom Bank | A | Int./Div. | K | T | | | | | |
| 112.  -MUTUAL/INDEX FUNDS (H): | | | | | | | | | |
| 113.  -iShares MSCI CDA Index Fund (EWC) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 114.  -iShares MSCI Germany Index Fund (EWG) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 115.  -iShares Trust S&P Midcap 400 Index Fund (IJH) | B | Int./Div. | M | T | Buy (add'l) | 11/27/13 | J | | |
| 116.  -iShares S&P SmallCap 600 Index Fund (IJR) | A | Int./Div. | L | T | Buy (add'l) | 11/27/13 | J | | |
| 117.  -iShares NASDAQ BioTech Index Fund (IBB) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 118.  -iShares MSCI EAFE Index Fund (EFA) | B | Int./Div. | L | T | Buy (add'l) | 11/27/13 | J | | |
| 119.  -iShares S&P Global Infrastr (IGF) | B | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -SPDR DJ Global Titans (DGT) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 121.  -VanGuard Information Tech ETF (VGT) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 122.  -VanGuard MSCI Emerging Mrkts ETF (VWO) | | | | | Sold | 07/26/13 | J | | |
| 123. | B | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 124.  -STOCKS (H): | | | | | | | | | |
| 125.  -Accenture (ACN) | | | | | Buy | 04/18/13 | K | | |
| 126. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 127. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 128. | B | Int./Div. | L | T | Buy (add'l) | 11/27/13 | J | | |
| 129.  -Ace Limited (ACE) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 130.  -Agilent Technologies (A) | | | | | Buy | 01/23/13 | K | | |
| 131. | | None | | | Sold | 04/18/13 | K | | |
| 132.  -Air Products (APD) | | None | | | Sold | 01/18/13 | J | | |
| 133.  -Amer Express Co (AXP) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 134.  -America Movil SAB (AMX) | | | | | Buy | 01/17/13 | K | | |
| 135. | | | | | Buy (add'l) | 04/18/13 | K | | |
| 136. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -American Wtr Wks Co (AWK) | B | Int./Div. | L | T | Buy (add'l) | 11/27/13 | J | | |
| 138. -AT&T (T) | | None | | | Sold | 01/17/13 | K | B | |
| 139. -Automatic Data Proc (ADP) | | | | | Buy | 11/22/13 | K | | |
| 140. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 141. -Baker Hughes (BHI) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 142. -BP (BP) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 143. -Cardinal Health Inc (CAH) | | | | | Buy | 11/22/13 | K | | |
| 144. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 145. -Caterpillar Inc (CAT) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 146. -C.H. Robinson Worldwide (CHRW) | | | | | Buy | 01/23/13 | K | | |
| 147. | | None | | | Sold | 04/18/13 | K | | |
| 148. -CitiGroup Inc (C) | | | | | Buy | 01/23/13 | K | | |
| 149. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 150. -Comcast Corp (CMCSA) | | | | | Buy | 01/23/13 | K | | |
| 151. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 152. -Costco Wholesale (COST) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 153. -Covidien Plc (COV) | | | | | Buy (add'l) | 07/31/13 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | B | Int./Div. | L | T | Buy (add'l) | 11/27/13 | J | | |
| 155. -CVS Caremark Corp (CVS) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 156. -CST Brands Inc (CST) | | | | | Buy | 04/18/13 | J | | |
| 157. | | None | | | Sold | 07/26/13 | J | A | |
| 158. -Diageo Plc Spsd (DEO) | B | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 159. -Digital Realty Tr (DLR) | | None | | | Sold | 04/18/13 | K | D | |
| 160. -Dominion Res Inc (D) | | | | | Buy | 07/31/13 | K | | |
| 161. | B | Int./Div. | L | T | Buy (add'l) | 11/27/13 | J | | |
| 162. -Emerson Elec (EMR) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 163. -Enbridge Inc (ENB) | B | Int./Div. | K | T | | | | | |
| 164. -FedEx Corp Delaware (FDX) | | | | | Buy | 04/23/13 | K | | |
| 165. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 166. -Hess Corp (HES) | | | | | Buy (add'l) | 09/04/13 | K | | |
| 167. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 168. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 169. -Honeywell Intl (HON) | B | Int./Div. | L | T | Buy (add'l) | 11/27/13 | J | | |
| 170. -International Business Machines (IBM) | | | | | Buy | 04/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 172. -Intuit (INTU) | A | Int./Div. | | | Sold | 07/26/13 | K | C | |
| 173. -Johnson and Johnson (JNJ) | B | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 174. -Kellogg Co (K) | | None | | | Sold | 11/19/13 | K | D | |
| 175. -Mallinckrodt Plc (MNK) | | | | | Spinoff (from line 153) | 07/05/13 | J | | Paid by Covidien Plc |
| 176. | | None | | | Sold | 07/31/13 | J | A | |
| 177. -Marathon Oil Corp (MRO) | | None | | | Sold | 11/19/13 | K | D | |
| 178. -McDonalds Corp (MCD) | B | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 179. -McKesson Co (MCK) | | | | | Buy | 01/23/13 | K | | |
| 180. | A | Int./Div. | | | Sold | 11/19/13 | K | D | |
| 181. -Microsoft Corp (MSFT) | | None | | | Sold | 04/18/13 | K | | |
| 182. -Montsanto Co (MON) | | | | | Buy | 01/24/13 | J | | |
| 183. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 184. | | None | | | Sold | 08/29/13 | K | | |
| 185. -National-Oilwell Varco (NOV) | | None | | | Sold | 07/26/13 | J | B | |
| 186. -Nike Inc (NKE) | A | Int./Div. | L | T | Buy (add'l) | 11/27/13 | J | | |
| 187. -Occidental Pete Corp (OXY) | | None | | | Sold | 04/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Oracle Corp (ORCL) | A | Int./Div. | L | T | | | | | |
| 189.  -Price T Rowe Group (TROW) | | | | | Sold | 01/17/13 | K | D | |
| 190. | | | | | Buy (add'l) | 04/23/13 | K | | |
| 191. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 192.  -Schlumberger Ltd (SLB) | | | | | Buy (add'l) | 11/22/13 | J | | |
| 193. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 194.  -Thermo Fisher Scientific (TMO) | | | | | Buy | 04/23/13 | K | | |
| 195. | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 196.  -Tiffany & Co (TIF) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |
| 197.  -United Parcel Svc (UPS) | | None | | | Sold | 01/17/13 | K | B | |
| 198.  -United Techs Corp (UTX) | B | Int./Div. | L | T | Buy (add'l) | 11/27/13 | J | | |
| 199.  -Valero Energy Corp (VLO) | | | | | Buy | 04/23/13 | J | | |
| 200. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 201. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 202. | B | Int./Div. | L | T | Buy (add'l) | 11/27/13 | J | | |
| 203.  -Viacom Inc (VIA) | | None | | | Sold | 01/17/13 | K | C | |
| 204.  -VISA (V) | A | Int./Div. | K | T | Buy (add'l) | 11/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Vodafone (VOD) | | None | | | Sold | 04/18/13 | K | B | |
| 206. -Wellpoint Inc (WLP) | | None | | | Sold | 01/17/13 | K | | |
| 207. -Wisconsin Energy Corp (WEC) | | None | | | Sold | 07/26/13 | K | B | |
| 208. Real Estate: ▮▮▮, ▮▮▮, Atlanta, GA | A | Int./Div. | J | W | | | | | |
| 209. Real Estate: Ltd Partner, ▮▮▮, Atlanta, GA | A | Int./Div. | J | W | | | | | |
| 210. Undev. Real Estate: NC (#1 & #2) | | None | P1 | W | | | | | |
| 211. Real Estate: Atlanta, GA ▮▮▮ | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 12/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FROM PART VII. Investments and Trusts:

Line 2 fully reflects all of my _____ ownership interests held in WW property (Parcel 3) previously reported separately on Lines 2 & 267 in 2012 Report.

Line 3 fully reflects all of my _____ ownership interests held in WW property (Parcel 2) previously reported separately on Lines 3 & 268 in 2012 Report.

Line 211 fully reflects all of my _____ ownership interests held in KP property previously reported separately on Lines 277 & 278 in 2012 Report.

Lines 269 & 273 on my 2012 Report regarding this property have been removed for the 2013 Report because of over-reporting in prior years for WW property (Parcel 4) interests _____ who are no longer dependents _____ .

Lines 270 & 274 on my 2012 Report regarding this property have been removed for the 2013 Report because of over-reporting in prior years for WW property (Parcel 3) interests _____ who are no longer dependents _____

Lines 271 & 275 on my 2012 Report regarding this property have been removed for the 2013 Report because of over-reporting in prior years for WW property (Parcel 2) interests _____ who are no longer dependents _____ .

Line 276 on my 2012 Report regarding this property has been removed for the 2013 Report because of over-reporting in prior years for ____ property interests of _____ who are no longer dependents _____

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK M. HULL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544